UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| YUSEF STEELE,<br><br>　Plaintiff,<br><br>v.<br><br>WARDEN EDMOND CICCHI, et al.,<br><br>　Defendants. | CIVIL ACTION NO. 09-3551 (MLC)<br><br>**O R D E R** |

　　For the reasons stated in the Court's Memorandum Opinion, dated September 4, 2014, **IT IS** on this　　4th　　day of September, 2014, **ORDERED** that the plaintiff's motion for reconsideration (dkt. entry no. 224) is **DENIED**; and it is further

　　**ORDERED** that the plaintiff's motion to vacate judgment (dkt. entry no. 225) is **DENIED**; and it is further

　　**ORDERED** that the plaintiff's motion to correct the record (dkt. entry no. 223) is **DENIED AS MOOT**.

　　　　　　　　　　　　　　　　　　　　　　　s/ Mary L. Cooper　　　
　　　　　　　　　　　　　　　　　　　　　**MARY L. COOPER**
　　　　　　　　　　　　　　　　　　　　　United States District Judge